# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC | § § § § § § § | |
| v. | | Case No. 2:13-CV-948-JRG-RSP |
| HTC AMERICA, INC. | | |

## ORDER

Currently before the Court is the Report and Recommendation filed by the Magistrate Judge on March 6, 2015 (Dkt. No. 27) recommending denial of the HTC's Motion to Dismiss Mobile Telecommunications Technologies, LLC's ("MTEL") Claims for Willful Infringement (Dkt. No. 19). No objections having been filed and for the reasons set forth in the Court's Report and Recommendation, the Recommendation is adopted. Accordingly,

IT IS ORDERED that the Motion (Dkt. No. 19) is **DENIED**.

**So ORDERED and SIGNED this 29th day of March, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE