UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC, | § § § § § § § § § | |
| Plaintiff, | | Case No. 2:13-cv-00948-JRG |
| v. | | |
| HTC AMERICA, INC., | | |
| Defendant. | | |

**VERDICT FORM**

In answering these questions, you are to follow all of the instructions I have given you in the Court's Final Instructions to the Jury. Your answers to each question must be unanimous.

## QUESTION NO. 1:

Did MTel prove by a preponderance of the evidence that HTC America infringed the following claims of the asserted patent?

Answer YES or NO for each of the listed claims below:

**'946 Patent Claims**

Claim 1 ___NO___

Claim 4 ___NO___

**QUESTION NO. 2:**

Did HTC America prove by clear and convincing evidence that any of the following claims are invalid?

Answer YES or NO for each of the listed claims below:

**'946 Patent Claims**

Claim 1 ___Yes___

Claim 4 ___Yes___

## QUESTION NO. 3:

ANSWER QUESTION NO. 3 <u>ONLY IF</u> YOU HAVE FOUND AT LEAST ONE CLAIM INFRINGED IN QUESTION 1 AND NOT INVALID IN QUESTION 2; OTHERWISE <u>DO NOT</u> ANSWER NO. 3.

What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate MTel for HTC America's infringement?

Reasonable Royalty: $ \_\_\_\_0\_\_\_\_

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The jury foreperson should then sign and date the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict. The jury foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Signed this 23 day of September, 2016.

**Jury Foreperson**